### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>BILLY CUMMINGS CONSTRUCTION, INC.<br><br>Debtor | Case No. 14-40575<br>Chapter 7 |

### MOTION TO RE-OPEN BANKRUPTCY CASE
### AND AUTHORIZING THE APPOINTMENT OF A TRUSTEE

COMES NOW, Mark A. Weisbart, former Trustee of the above and foregoing estate, and moves the Court to re-open the case for the following reasons:

1.  The Trustee has received $5,978.05 back from the Texas Comptroller of Public Accounts stating there is no longer a liability owed.

2.  The appointment of a Trustee is necessary to insure efficient administration of the case.

WHEREFORE, the former Trustee prays the Court re-open the above and foregoing case; authorize the appointment of a Trustee; and for such other and further relief as the Court deems just and equitable under the circumstances.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 21st day of February, 2018.

/s/ Mark A. Weisbart
Mark A. Weisbart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 14-40575<br>Eastern District of Texas<br>Sherman<br>Wed Feb 21 11:46:29 CST 2018 | A-1 Little John Inc<br>POBox 159<br>Pottsboro, TX 75076-0159 | A-1 sanitation services<br>POBox 159<br>Paris, TX 75461-0159 |
| Ben Louis Aderholt<br>Coats Rose, P.C.<br>9 Greenway Plaza, Suite 1100<br>Houston, TX 77046-3653 | Alliance Trucking, LP<br>721 111 th Street<br>Arlington, TX 76011-7616 | Ash Grove Cement Co.<br>POBox 204069<br>Dallas, TX 75320-4069 |
| Attorney General of Texas<br>Box 12548, Capital Station<br>Austin, Texas 78711-2548 | Bank of America<br>Business Card<br>POBox 15796<br>Wilmington, DE 19886-5796 | Bank of the West<br>Attn, J. Roach<br>475 Sansome St. 19th Fl.<br>San Francisco, CA 94111-3172 |
| Bank of the West<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111-3172 | Bank of the West<br>c/o Carrie R. Mitchell<br>PO Box 849<br>Canton, TX 75103-0849 | Ben Franklin W.S.C.<br>POBox 513<br>Ben Franklin, TX 75415-0513 |
| Big City Crushed Concrete, LP<br>POBox 29816<br>Dallas, TX 75229-0816 | Billy Cummings Construction, Inc.<br>4411 Hwy 19 North<br>Sulphur Springs, TX 75482-1028 | Cactus Express, LP<br>POBox 40<br>Lufkin, TX 75902-0040 |
| Capital One<br>POBox 60599<br>City of Industry, CA 91716-0599 | Cintas<br>POBox 650838<br>Dallas, TX 75265-0838 | City of Forney<br>PO Box 826<br>Forney, TX 75126-0826 |
| Crossroad Communications<br>POBox 8294<br>Greenville, TX 75404-8294 | Dallas Lite & Barricade<br>POBox 223724<br>Dallas, TX 75222-3724 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial Services LLC<br>POBox 3025<br>New Albany, Ohio 43054-3025 | Dustrol, Inc.<br>POBox 1728<br>Roanoke, TX 76262-1728 | Ergon Asphalt & Emulsions<br>Dept 2135<br>POBox 11407<br>Birmingham, AL 35246-2135 |
| Fastenal Company-South Central<br>c/o Nationwide Recovery Systems<br>4635 McEwen Rd.<br>Dallas, Texas 75244-5308 | Fed Ex<br>POBox 66041<br>Dallas, TX 75266-0481 | GeoShack<br>1200 Riverside Dr.<br>Ft Worth, TX 76111-3697 |
| George P. Bane Equipment<br>3402 NNE Loop 323<br>Tyler, TX 75708-5600 | Graham International<br>5804 Texoma Parkway<br>Sherman, TX 75090-2134 | Graham Truck Tire Center, LP<br>5804 Texoma Parkway<br>Sherman, TX 75090-2134 |

```
Guaranty Bank & Trust, N.A.          Guaranty Bond Bank                   Guaranty Bond Bank
c/o Michael J. McNally               c/o Michael J. McNally               P O Box 1158
McNally & Patrick, LLP               McNally & Patrick, LLP               Mt. Pleasant, TX 75456-1158
100 E Ferguson, Suite 400            100 E Ferguson, Suite 400
Tyler, TX 75702-5758                 Tyler, TX 75702-5758


Thomas S. Harmon                     Highway 19 Construction, LLC         Holcim (US) Inc.
Elms, Harmon & Macchia, LLC          POBox 492                            POBox 732101
7800 IH 10 West, Suite 600           Sulphur Springs, TX 75483-0492       Dallas, TX 75373-2101
San Antonio, TX 78230-4750


Holt Cat                             Hopkins County                       Hopkins County
POBox 911975                         c/o Melissa Palo                     c/o Laurie S. Huffman
Dallas, TX 75391-1975                Linebarger Goggan Blair & Sampson,LLP Linebarger Goggan Blair & Sampson,LLP
                                     2777 N Stemmons Freeway              2777 N Stemmons Freeway Suite 1000
                                     Suite 1000                           Dallas, tx 75207-2328
                                     Dallas, TX 75207-2328


C/O Laurie Huffman Hopkins County    Hopkins County Tax A/C               (p)IPFS CORPORATION
Linebarger Goggan Blair & Sampson    P O Box 481                          30 MONTGOMERY STREET
2777 N. Stemmons Freeway             Sulphur Springs, TX 75483-0481       SUITE 1000
Ste. 1000                                                                 JERSEY CITY NJ 07302-3865
dallas, TX 75207-2328


Internal Revenue Service             Kirby-Smith Machinery Inc.           (p)KOMATSU FINANCIAL LIMITED PARTNERSHIP
P. O. Box 7346                       POBox 270360                         1701 W GOLF ROAD SUITE 1-300
Philadelphia, Pennsylvania 19101-7346 Oklahoma City, OK 73137-0360        ROLLING MEADOWS IL 60008-4208


Komatsu Financial Limited Partnership Komatsu Financial Limited Partnership Lee Elms, Attorney
c/o Ben Aderholt                     c/o Ben Aderholt                     Elms Harmon Macchia, LLC
9 Greenway Plaza, Suite 1100         Coats, Rose, Yale, Ryman & Lee, P.C. 2702 Treble Creek
Houston, TX 77046-3653               9 E. Greenway Plaza, Suite 1100      San Antonio, TX 78258-4496
                                     Houston, TX 77046-3653


Mattison Insurance Agency,           Michael J. McNally                   Miller Trucking, LLC
1067 Gilmer St., Suite C             McNally & Patrick, LLP               5966 East Line Rd.
Sulphur Springs, Texas 75482-4378    100 E. Ferguson, Suite 400           Whitewright, TX 75491-4331
                                     Tyler, TX 75702-5758


Carrie R. Mitchell                   Melissa L. Palo                      Bill F. Payne
P.O. Box 849                         2777 N. Stemmons Freeway, Suite 1000 12770 Coit Road, Suite 541
Canton, TX 75103-0849                Dallas, TX 75207-2328                Dallas, TX 75251-1366


Peachtree Cons. Ltd.                 Powerplan                            RK Hall Construction, Ltd
5801 Park Vista Circle               21310 Network Place                  c/o Thomas S. Harmon
Keller, TX 76244-5629                Chicago, IL 60673-1213               Elms Harmon Macchia, LLC
                                                                          2702 Treble Creek
                                                                          San Antonio, TX 78258-4496


RK Hall Construction, Ltd            RK Hall Construction, Ltd            Railroad Commission of Texas
2810 NW Loop 286                     Thomas S. Harmon                     POBox 12967
Paris, TX 75460-1552                 2702 Treble Creek                    Austin, TX 78711-2967
                                     San Antonio, TX 78258-4496
```

| | | |
|---|---|---|
| Republic Service<br>c/o Duncan Disposal<br>POBox 78829<br>Phoenix, AZ 85062-8829 | RoadTrac, Inc.<br>704 E. Ikard<br>Henrietta, TX 76365-2923 | Rooker Asphalt Company<br>POBox 551044<br>Dallas, TX 75355-1044 |
| Safeline Traffic Supply<br>POBox 827<br>Wimberley, TX 78676-0827 | Service Rent-all<br>1411 Shannon Rd E.<br>Sulphur Springs, TX 75482-3023 | Gina D. Shearer<br>Strasburger & Price, LLP<br>2600 Dallas Parkway, Suite 600<br>Frisco, TX 75034-8698 |
| South West Auto Mall<br>POBox 1300<br>Greenville, TX 75403-1300 | Southern Utilities<br>218 N. Broadway Ave.<br>Tyler, TX 75702-5707 | Southwest Buick GMC<br>PO Box 1300<br>Greenville, TX 75403-1300 |
| Southwest Environmental Services, LLC<br>2400 E. Erwin<br>Tyler, TX 75702-6423 | Southwest Ford<br>PO Box 1927<br>Greenville, TX 75403-1927 | Southwest Risk<br>8144 Walnut Hill Lane, Ste 1010<br>Dallas, TX 75231-4335 |
| Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Jason Starks<br>300 West 15th St., 8th Floor<br>Austin, TX 78701-1649 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Statewide Trucking Corporation<br>POBox 169<br>Fate, TX 75132-0169 | Stripling Technology, LP<br>POBox 4279<br>Tyler, TX 75712-4279 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Division - SAU<br>101 E 15th St Room 556<br>Austin TX 78778-0001 |
| TXI Operations, LP<br>POBox 840300<br>Dallas, TX 75284-0300 | Texas Comptroller of Public Accounts and Tex<br>Jason Starks<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Lime Co.<br>POBox 201753<br>Dallas, TX 75320-1753 |
| Texas Workforce Commission<br>TWC Bldg - Tax Dept.<br>Austin, Texas 78778-0001 | Total Highway Maintenance<br>930KCK Way<br>Cedar Hill, TX 75104-8000 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | USA Erosion<br>237 Blackland Rd.<br>Royse City, TX 75189-4746 | United Rentals (North America) Inc.<br>3200 Harbor Lane N.<br>Minneapolis, MN 55447-5278 |
| United Rentals North America Inc.<br>POBox 840514<br>Dallas, TX 75284-0514 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Vermeer Equipment of Texas, Inc.<br>Department #413 51<br>POBox 650823<br>Dallas, TX 75265-0823 |

| | | |
|---|---|---|
| Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | Westfield Insurance Co<br>c/o Keith A Langley and Gina D Shearer<br>Langley LLP<br>901 Main Street, Suite 600<br>Dallas, TX 75202-3706 | Westfield Insurance Company<br>Gina D. Shearer<br>Langley LLP<br>901 Main St., Ste. 600<br>Dallas, TX 75202-3706 |

Westfield Insurance Company
One Park Circle
P O Box 5001
Westfield Center, OH 44251-5001


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IPFS Corporation<br>30 Montgomery Street<br>Suite 1000<br>Jersey City, NJ 07302 | Komatsu Financial<br>PO Box 99303<br>Chicago, IL 60693-9303 | State Comptroller of Public Accounts<br>Capital Station<br>Austin, Texas 78774 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Hopkins County<br>c/o Melissa Palo<br>Linebarger Goggan Blair & Sampson,LLP<br>2777 N Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 |

End of Label Matrix
Mailable recipients    93
Bypassed recipients     3
Total                  96