UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re:                                        §
BILLY CUMMINGS CONSTRUCTION, INC.             §    Case No. 14-40575
                                              §
                Debtor(s)                     §
                                              §
                                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark A. Weisbart, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,895,950.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $19,882.57 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $112,539.43 | |

3) Total gross receipts of $132,422.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $132,422.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,956,966.06 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $111,380.51 | $112,539.43 | $112,539.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $9,079.94 | $9,079.94 | $9,079.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,411,923.27 | $2,904,916.40 | $2,904,916.40 | $10,802.63 |
| **TOTAL DISBURSEMENTS** | $4,368,889.33 | $3,025,376.85 | $3,026,535.77 | $132,422.00 |

4) This case was originally filed under chapter 7 on 03/17/2014. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   07/10/2018               By :   /s/ Mark A. Weisbart
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Checking Account - Alliance Bank | 1129-000 | $8,099.99 |
| Accounts Receivable | 1221-000 | $1,588.40 |
| Refund of Distribution Payment to Texas Comptroller | 1229-000 | $5,978.05 |
| Insurance Check | 1229-000 | $610.11 |
| Assets Liquidated by Secured Creditor | 1229-000 | $116,145.45 |
| **TOTAL GROSS RECEIPTS** | | **$132,422.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | HOPKINS COUNTY | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 00000 | HOPKINS COUNTY | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 00001 | GUARANTY BANK & TRUST, N. | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 00001 | WESTFIELD INSURANCE CO | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| | Bank of the West | | $227,495.61 | NA | NA | $0.00 |
| | Guaranty Bond Bank | | $132,500.25 | NA | NA | $0.00 |
| | Guaranty Bond Bank | | $25,334.85 | NA | NA | $0.00 |
| | Guaranty Bond Bank | | $210,048.56 | NA | NA | $0.00 |
| | Guaranty Bond Bank | | $208,586.79 | NA | NA | $0.00 |
| | Guaranty Bond Bank | | $2,153,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$2,956,966.06** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Weisbart | 2200-000 | NA | $0.00 | $1,158.92 | $1,158.92 |
| Mark Weisbart | 3110-000 | NA | $6,595.00 | $6,595.00 | $6,595.00 |
| Mark Weisbart | 3120-000 | NA | $452.40 | $452.40 | $452.40 |
| Mark Weisbart | 2100-000 | NA | $9,572.20 | $9,572.20 | $9,572.20 |
| HOPKINS COUNTY TAX OFFICE | 2820-000 | NA | $94,157.62 | $94,157.62 | $94,157.62 |
| First National Bank of Vinita | 2600-000 | NA | $603.29 | $603.29 | $603.29 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $111,380.51 | $112,539.43 | $112,539.43 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | TEXAS WORKFORCE COMMISSION | 5800-000 | NA | $3,141.84 | $3,141.84 | $3,141.84 |
| 000014 | STATE COMPTROLLER OF PUBLIC | 5800-000 | NA | $5,938.10 | $5,938.10 | $5,938.10 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $9,079.94 | $9,079.94 | $9,079.94 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | MATTISON INSURANCE AGENCY, | 7100-000 | NA | $39,615.00 | $39,615.00 | $147.67 |
| 000022 | ROADTRAC, INC. | 7200-000 | NA | $1,437.50 | $1,437.50 | $0.00 |
| 000021 | ROADTRAC, INC. | 7200-000 | NA | $2,875.00 | $2,875.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | ROADTRAC, INC. | 7200-000 | NA | $1,437.50 | $1,437.50 | $0.00 |
| 000019 | ROADTRAC, INC. | 7200-000 | NA | $1,437.50 | $1,437.50 | $0.00 |
| 000018 | KOMATSU FINANCIAL LIMITED | 7100-000 | NA | $22,574.88 | $22,574.88 | $84.16 |
| 000017 | WESTFIELD INSURANCE CO | 7100-000 | NA | $2,270,341.85 | $2,270,341.85 | $8,463.75 |
| 000012 | IPFS CORPORATION | 7100-001 | NA | $2,530.88 | $2,530.88 | $9.44 |
| 000010 | STATEWIDE TRUCKING | 7100-000 | NA | $6,874.27 | $6,874.27 | $25.63 |
| 000009 | RK HALL CONSTRUCTION, LTD | 7100-000 | NA | $428,050.42 | $428,050.42 | $1,595.76 |
| 000008 | UNITED RENTALS (NORTH | 7100-001 | NA | $489.03 | $489.03 | $1.82 |
| 000007 | SOUTHWEST FORD | 7100-001 | NA | $596.00 | $596.00 | $2.22 |
| 000006 | SOUTHWEST BUICK GMC | 7100-001 | NA | $2,209.44 | $2,209.44 | $8.24 |
| 000005 | BANK OF THE WEST | 7100-000 | NA | $109,262.19 | $109,262.19 | $407.33 |
| 000004 | DISCOVER BANK | 7100-000 | NA | $14,914.22 | $14,914.22 | $55.60 |
| 000003 | INTERNAL REVENUE SERVICE | 7100-001 | NA | $270.72 | $270.72 | $1.01 |
|  | A-1 Little John Inc |  | $361.28 | NA | NA | $0.00 |
|  | A-1 Sanitation Services |  | $174.08 | NA | NA | $0.00 |
|  | Alliance Trucking LP |  | $33,379.56 | NA | NA | $0.00 |
|  | Ash Grove Cement Co |  | $27,082.31 | NA | NA | $0.00 |
|  | Bank of America |  | $180.89 | NA | NA | $0.00 |
|  | Ben Franklin W.S.C. |  | $2,011.00 | NA | NA | $0.00 |
|  | Big City Crushed Concrete |  | $116,339.35 | NA | NA | $0.00 |
|  | Capital One |  | $3,663.49 | NA | NA | $0.00 |
|  | Castus Express LP |  | $1,361.03 | NA | NA | $0.00 |
|  | Cintas |  | $193.94 | NA | NA | $0.00 |
|  | City of Forney |  | $171.40 | NA | NA | $0.00 |
|  | Crossroad Communiations |  | $1,493.85 | NA | NA | $0.00 |
|  | Dallas Lite & Barricade |  | $2,078.40 | NA | NA | $0.00 |
|  | Discover Financial Services LLC |  | $14,914.22 | NA | NA | $0.00 |
|  | Dustrol Inc |  | $87,406.17 | NA | NA | $0.00 |
|  | Ergon Asphalt & Emulsions |  | $9,998.36 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Federal Express | | $531.68 | NA | NA | $0.00 |
| | George P Bane Equipment | | $2,029.44 | NA | NA | $0.00 |
| | GeoShack | | $1,424.25 | NA | NA | $0.00 |
| | Graham International | | $80.07 | NA | NA | $0.00 |
| | Graham Truck Tire Center, LP | | $35.83 | NA | NA | $0.00 |
| | Highway 19 Construction LLC | | $23,690.00 | NA | NA | $0.00 |
| | Holcim (US) Inc | | $1,667.05 | NA | NA | $0.00 |
| | Holt Cat | | $20,054.47 | NA | NA | $0.00 |
| | Kirby-Smith Machinery Inc | | $14,775.10 | NA | NA | $0.00 |
| | Komatsu Financial | | $15,582.10 | NA | NA | $0.00 |
| | Miller Trucking LLC | | $25,607.45 | NA | NA | $0.00 |
| | Peachtree Cons Ltd | | $197,152.91 | NA | NA | $0.00 |
| | Powerplan | | $157.22 | NA | NA | $0.00 |
| | Railroad Commision of Texas | | $1,250.00 | NA | NA | $0.00 |
| | Republic Service | | $167.27 | NA | NA | $0.00 |
| | RK Hall Construction Ltd | | $586,785.00 | NA | NA | $0.00 |
| | Roadtrac Inc | | $2,875.00 | NA | NA | $0.00 |
| | Rooker Asphalt Company | | $79,246.92 | NA | NA | $0.00 |
| | Safeline Traffic Supply | | $1,424.00 | NA | NA | $0.00 |
| | Service Rent-all | | $1,264.51 | NA | NA | $0.00 |
| | South West Auto Mall | | $2,209.44 | NA | NA | $0.00 |
| | Southern Utilities | | $220.00 | NA | NA | $0.00 |
| | Southwest Environment | | $9,044.75 | NA | NA | $0.00 |
| | Southwest Risk | | $7,554.00 | NA | NA | $0.00 |
| | Statewide Trucking | | $6,874.27 | NA | NA | $0.00 |
| | Stripling Technology LP | | $3,593.62 | NA | NA | $0.00 |
| | Texas Lime Co. | | $50,993.80 | NA | NA | $0.00 |
| | Total Highway Maintenance | | $6,091.33 | NA | NA | $0.00 |
| | TXI Operations LP | | $43,220.51 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Rentals North America | | $539.73 | NA | NA | $0.00 |
| | USA Erosion | | $2,995.10 | NA | NA | $0.00 |
| | Vermeer Equipment of Texas Inc | | $1,977.12 | NA | NA | $0.00 |
| | Westfield Insurance Company | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,411,923.27 | $2,904,916.40 | $2,904,916.40 | $10,802.63 |

UST Form 101-7-TDR (10/1/2010) (Page: 7)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: 14-40575 | Judge: Brenda Rhoades | Trustee Name: Mark A. Weisbart |
|---|---|---|
| Case Name: BILLY CUMMINGS CONSTRUCTION, INC. | | Date Filed (f) or Converted (c): 03/17/2014 (f) |
| | | 341(a) Meeting Date: 04/11/2014 |
| For Period Ending: 07/10/2018 | | Claims Bar Date: 07/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking Account - Alliance Bank | 7,902.24 | 8,099.99 | | 8,099.99 | FA |
| 2. Accounts Receivable | 330,000.00 | 0.00 | | 0.00 | FA |
| 3. Vehicles, Trailers | 266,500.00 | 0.00 | | 0.00 | FA |
| 4. Machinery & Equipment | 2,099,450.00 | 0.00 | | 0.00 | FA |
| 5. Boring Machine | 200,000.00 | 0.00 | | 0.00 | FA |
| 6. Avoidance Actions (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Check (u) | 0.00 | 610.11 | | 610.11 | FA |
| 8. Assets Liquidated by Secured Creditor (u) | 0.00 | 116,145.45 | | 116,145.45 | FA |
| 9. Accounts Receivable (u) | 0.00 | 1,588.40 | | 1,588.40 | FA |
| 10. Refund of Distribution Payment to Texas Comptroller (u) | 0.00 | 5,978.05 | | 5,978.05 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 2,903,852.24 | 132,422.00 | | 132,422.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 14-40575 | **Judge:** Brenda Rhoades |
| **Case Name:** BILLY CUMMINGS CONSTRUCTION, INC. | **Trustee Name:** Mark A. Weisbart |
| | **Date Filed (f) or Converted (c):** 03/17/2014 (f) |
| | **341(a) Meeting Date:** 04/11/2014 |
| **For Period Ending:** 07/10/2018 | **Claims Bar Date:** 07/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2015     **Current Projected Date of Final Report(TFR) :** 07/31/2018

**Trustee's Signature**   /s/Mark A. Weisbart     **Date:** 07/10/2018
Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251
Phone : (972) 628-4903

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 14-40575 | | | Trustee Name: | Mark A. Weisbart | |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | | | Bank Name: | First National Bank of Vinita | |
| | | | | Account Number/CD#: | ******2606 Checking Account | |
| Taxpayer ID No: | **-***0570 | | | Blanket bond (per case limit): | 300,000.00 | |
| For Period Ending: | 7/10/2018 | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/21/2014 | [1] | Billy Cummings | Bank Account Balance | 1129-000 | 8,099.99 | | 8,099.99 |
| 05/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,089.99 |
| 05/29/2014 | [8] | Equify Auctions LLC | Auction Proceeds | 1229-000 | 107,479.45 | | 115,569.44 |
| 05/29/2014 | 10002 | Hopkins County Tax Office PO Box 481 Sulphur Springs , TX 75483 | 75-CUMMINGS-0533 2014 Ad Valorem Taxes | 2820-000 | | 44,586.43 | 70,983.01 |
| 05/30/2014 | 10001 | Hopkins County Tax Office PO Box 481 Sulphur Springs , TX 75483 | 75-CUMMINGS-0533 2013 Ad Valorem Taxes | 2820-000 | | 49,571.19 | 21,411.82 |
| 06/06/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 19.63 | 21,392.19 |
| 06/27/2014 | [8] | Bank of the West | Sale Proceeds | 1229-000 | 8,666.00 | | 30,058.19 |
| 07/08/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 100.56 | 29,957.63 |
| 08/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 31.83 | 29,925.80 |
| 09/08/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 31.78 | 29,894.02 |
| | | | | Page Subtotals | 124,245.44 | 94,351.42 | |

| Case No: | 14-40575 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | | Bank Name: | First National Bank of Vinita |
| | | | Account Number/CD#: | ******2606 Checking Account |
| Taxpayer ID No: | **-***0570 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/03/2014 | [7] | Bituminous Casualty Corporation | Casualty Insurance Proceeds | 1229-000 | 610.11 | | 30,504.13 |
| 10/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 30.72 | 30,473.41 |
| 11/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 32.32 | 30,441.09 |
| 12/05/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 31.28 | 30,409.81 |
| 01/08/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 32.29 | 30,377.52 |
| 02/06/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 32.26 | 30,345.26 |
| 03/06/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 29.10 | 30,316.16 |
| 04/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 32.19 | 30,283.97 |
| 05/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 31.12 | 30,252.85 |
| 06/05/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 32.12 | 30,220.73 |
| | | | | Page Subtotals | 610.11 | 283.40 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-40575 | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | ******2606 Checking Account |
| Taxpayer ID No: | **-***0570 | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 31.05 | 30,189.68 |
| 08/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 32.06 | 30,157.62 |
| 09/08/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 32.02 | 30,125.60 |
| 10/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 30.96 | 30,094.64 |
| 11/11/2015 | [9] | East Texas Bridge Inc | Accounts Receivable | 1221-000 | 1,588.40 | | 31,683.04 |
| 09/06/2016 | | Transfer to Texas Capital Bank | | 9999-000 | | 31,683.04 | 0.00 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 1,588.40 | 31,809.13 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 126,443.95 | 126,443.95 |
| Less:Bank Transfer/CD's | 0.00 | 31,683.04 |
| **SUBTOTALS** | 126,443.95 | 94,760.91 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 126,443.95 | 94,760.91 |

UST Form 101-7-TDR (10/1/2010) (Page 12)                                                                                                      **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-40575 | Trustee Name: **Mark A. Weisbart** |
| Case Name: **BILLY CUMMINGS CONSTRUCTION, INC.** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: **\*\*\*\*\*\*9890 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*0570** | Blanket bond (per case limit): **300,000.00** |
| For Period Ending: **7/10/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/06/2016 | | Transfer from FNB of Vinita | | 9999-000 | 31,683.04 | | 31,683.04 |
| 10/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 36.89 | 31,646.15 |
| 10/04/2016 | | Texas Capital Bank | Bank Service Charge Refund | 2600-000 | | (36.89) | 31,683.04 |
| 04/21/2017 | 52001 | Clerk of the Court<br>Sherman & Texarkana Division<br>Wells Fargo Bank Building<br>660 N. Central Expressway, 3rd Floor<br>Plano, TX 75074 | Remitted to Court | | | 10.71 | 31,672.33 |
| | | | | (0.48) | 7100-001 | | |
| | | | | (3.88) | 7100-001 | | |
| | | | | (1.05) | 7100-001 | | |
| | | | | (0.86) | 7100-001 | | |
| | | | | (4.44) | 7100-001 | | |
| 04/21/2017 | 52002 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee's Compensation | 2100-000 | | 9,572.20 | 22,100.13 |
| | | | Page Subtotals | | 31,683.04 | 9,582.91 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-40575 | Trustee Name: Mark A. Weisbart |
| Case Name: BILLY CUMMINGS CONSTRUCTION, INC. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******9890 Checking Account |
| Taxpayer ID No: **-***0570 | Blanket bond (per case limit): 300,000.00 |
| For Period Ending: 7/10/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/21/2017 | 52003 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee Expenses | 2200-000 | | 898.92 | 21,201.21 |
| 04/21/2017 | 52004 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee Attorney Fees | 3110-000 | | 6,595.00 | 14,606.21 |
| 04/21/2017 | 52005 | Mark Weisbart<br>12770 Coit Road<br>Suite 541<br>Dallas, TX 75251 | Trustee Attorney Expenses | 3120-000 | | 452.40 | 14,153.81 |
| 04/21/2017 | 52006 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Div., Special Action Unit<br>101 E 15th St Room 556<br>Austin , TX 78778-0001 | Disb of 100.00% to Claim #000011<br>(11-1) Unemployment Tax | 5800-000 | | 3,141.84 | 11,011.97 |
| 04/21/2017 | 52007 | STATE COMPTROLLER OF PUBLIC ACCOUNT<br>Capital Station<br>Austin , TX 78774 | Disb of 100.00% to Claim #000014<br>(14-1) Franchise Tax Ch. 171 | 5800-000 | | 5,938.10 | 5,073.87 |
| | | | | Page Subtotals | 0.00 | 17,026.26 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-40575 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******9890 Checking Account |
| Taxpayer ID No: | **-***0570 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 04/21/2017 | 52008 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany , OH 43054-3025 | Disb of 0.18% to Claim #000004<br>  Acct No. 9560 | 7100-000 | | 26.17 | 5,047.70 |
| 04/21/2017 | 52009 | BANK OF THE WEST<br>Attn. James Roach<br>475 Sansome St., 19th Fl<br>San Francisco, CA 94111 | Disb of 0.18% to Claim #000005<br>Acct No. 2983 | 7100-000 | | 191.72 | 4,855.98 |
| 04/21/2017 | 52010 | RK HALL CONSTRUCTION, LTD<br>Thomas S. Harmon<br>2702 Treble Creek<br>San Antonio , TX 75258 | Disb of 0.18% to Claim #000009<br>  Acct No. 1102 | 7100-000 | | 751.09 | 4,104.89 |
| 04/21/2017 | 52011 | STATEWIDE TRUCKING CORPORATION<br>POBox 169<br>Fate , TX 75132 | Disb of 0.18% to Claim #000010<br>Acct No. 1050<br>(10-1) Unpaid invoice | 7100-000 | | 12.06 | 4,092.83 |
| 04/21/2017 | 52012 | WESTFIELD INSURANCE CO<br>c/o Keith A Langley and Gina D Shearer<br>Langley LLP<br>901 Main Street, Suite 600<br>Dallas , TX 75202 | Disb of 0.18% to Claim #000017 | 7100-000 | | 3,983.72 | 109.11 |
| | | | | Page Subtotals | 0.00 | 4,964.76 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-40575 | Trustee Name: | Mark A. Weisbart |
| --- | --- | --- | --- |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******9890 Checking Account |
| Taxpayer ID No: | **-***0570 | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/21/2017 | 52013 | KOMATSU FINANCIAL LIMITED PARTNERSH<br>c/o Ben Aderholt<br>Coats Rose, P.C.<br>9 Greenway Plaza, Suite 1100<br>Houston , TX 77046 | Disb of 0.18% to Claim #000018<br>(18-1) Equipment | 7100-000 | | 39.61 | 69.50 |
| 04/21/2017 | 52014 | MATTISON INSURANCE AGENCY,<br>1067 Gilmer St., Suite C<br>Sulphur Springs , TX 75482 | Disb of 0.18% to Claim #000023<br>(23-1) Failure to pay for insurancecoverage provided. | 7100-000 | | 69.50 | 0.00 |
| | | | Page Subtotals | | 0.00 | 109.11 | |

| | | | |
| --- | --- | --- | --- |
| **COLUMN TOTALS** | | 31,683.04 | 31,683.04 |
| Less:Bank Transfer/CD's | | 31,683.04 | 0.00 |
| **SUBTOTALS** | | 0.00 | 31,683.04 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 31,683.04 |

UST Form 101-7-TDR (10/1/2010) (Page 16)  **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-40575 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0194 Checking Account |
| Taxpayer ID No: | **-***0570 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/21/2018 | [10] | Texas Comptroller of Public Accounts | Refund of Distribution Payment to Texas Comptroller | 1229-000 | 5,978.05 | | 5,978.05 |
| 03/06/2018 | 53001 | Clerk of the Court<br>Sherman & Texarkana Division<br>Wells Fargo Bank Building<br>660 N. Central Expressway, 3rd Floor<br>Plano, TX 75074 | Remitted to Court<br><br>(0.53)<br>(4.36)<br>(1.17)<br>(0.96)<br>(5.00) | <br><br><br>7100-001<br>7100-001<br>7100-001<br>7100-001<br>7100-001 | | 12.02 | 5,966.03 |
| 03/06/2018 | 53002 | Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas , TX 75251 | Motion to Reopen Filing Fee | 2200-000 | | 260.00 | 5,706.03 |
| 03/06/2018 | 53003 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany , OH 43054-3025 | Disb of 0.20% to Claim #000004<br>   Acct No. 9560 | 7100-000 | | 29.43 | 5,676.60 |
| | | | Page Subtotals | | 5,978.05 | 301.45 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-40575 | | | Trustee Name: | Mark A. Weisbart |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******0194 Checking Account |
| Taxpayer ID No: | **-***0570 | | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/06/2018 | 53004 | BANK OF THE WEST<br>Attn. James Roach<br>475 Sansome St., 19th Fl<br>San Francisco, CA 94111 | Disb of 0.20% to Claim #000005<br>Acct No. 2983 | 7100-000 | | 215.61 | 5,460.99 |
| 03/06/2018 | 53005 | RK HALL CONSTRUCTION, LTD<br>Thomas S. Harmon<br>2702 Treble Creek<br>San Antonio , TX 75258 | Disb of 0.20% to Claim #000009<br>Acct No. 1102 | 7100-000 | | 844.67 | 4,616.32 |
| 03/06/2018 | 53006 | STATEWIDE TRUCKING CORPORATION<br>POBox 169<br>Fate , TX 75132 | Disb of 0.20% to Claim #000010<br>Acct No. 1050<br>(10-1) Unpaid invoice | 7100-000 | | 13.57 | 4,602.75 |
| 03/06/2018 | 53007 | WESTFIELD INSURANCE CO<br>c/o Keith A Langley and Gina D Shearer<br>Langley LLP<br>901 Main Street, Suite 600<br>Dallas , TX 75202 | Disb of 0.20% to Claim #000017 | 7100-000 | | 4,480.03 | 122.72 |
| *03/06/2018 | 53008 | KOMATSU FINANCIAL LIMITED PARTNERSH<br>c/o Ben Aderholt<br>Coats Rose, P.C.<br>9 Greenway Plaza, Suite 1100<br>Houston , TX 77046 | Disb of 0.20% to Claim #000018<br>(18-1) Equipment | 7100-004 | | 44.55 | 78.17 |
| | | | Page Subtotals | | 0.00 | 5,598.43 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-40575 | | Trustee Name: | Mark A. Weisbart |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0194 Checking Account |
| Taxpayer ID No: | **-***0570 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/06/2018 | 53009 | MATTISON INSURANCE AGENCY, 1067 Gilmer St., Suite C Sulphur Springs , TX 75482 | Disb of 0.20% to Claim #000023 (23-1) Failure to pay for insurancecoverage provided. | 7100-000 | | 78.17 | 0.00 |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | (15.00) |
| 05/04/2018 | | Texas Capital Bank | Reversal of Bank Service Fee | 2600-000 | | (15.00) | 0.00 |
| *06/18/2018 | | KOMATSU FINANCIAL LIMITED PARTNERSH c/o Ben Aderholt Coats Rose, P.C. 9 Greenway Plaza, Suite 1100 Houston , TX 77046 | Stop Payment on Check 53008 | 7100-004 | | (44.55) | 44.55 |
| 06/19/2018 | 53010 | KOMATSU FINANCIAL LIMITED PARTNERSH c/o Ben Aderholt Coats Rose, P.C. 9 Greenway Plaza, Suite 1100 Houston , TX 77046 | Remitted to Court | 7100-000 | | 44.55 | 0.00 |
| | | | | Page Subtotals | 0.00 | 78.17 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-40575 | Trustee Name: | Mark A. Weisbart |
| --- | --- | --- | --- |
| Case Name: | BILLY CUMMINGS CONSTRUCTION, INC. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0194 Checking Account |
| Taxpayer ID No: | **-***0570 | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 7/10/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | Deposits | Disbursements |
| --- | --- | --- |
| **COLUMN TOTALS** | 5,978.05 | 5,978.05 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 5,978.05 | 5,978.05 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 5,978.05 | 5,978.05 |

| | | |
| --- | --- | --- |
| All Accounts Gross Receipts: | 132,422.00 | |
| All Accounts Gross Disbursements: | 132,422.00 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| ******2606 Checking Account | 126,443.95 | 94,760.91 | |
| ******9890 Checking Account | 0.00 | 31,683.04 | |
| ******0194 Checking Account | 5,978.05 | 5,978.05 | |
| **Net Totals** | 132,422.00 | 132,422.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 20)                                **Exhibit 9**